THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. JOHN J. MURPHY, Defendant.— Motion to strike out exhibits attached to affidavit of George P. Monaghan, Deputy Attorney-General, granted. Motion to dismiss appeal from an order changing the place of trial from Albany County to New York County granted. All concur.

CAROLINE E. CIOTOLI, as Executrix of VINCENZO CIOTOLI, Deceased, Appellant, v. METROPOLITAN LIFE INSURANCE Co. et al., Respondents. CAROLINE CIOTOLI, Appellant, v. METROPOLITAN LIFE INSURANCE Co. et al., Respondents. ROSE POLIDORI, Appellant, v. METROPOLITAN LIFE INSURANCE Co. et al., Respondents.— Motion for reargument denied, without costs. [See *ante,* p. 938.] All concur.